# United States Court of Appeals for the Federal Circuit

## 2011-M978:  IN RE SHARED MEMORY GRAPHICS

Writ of Mandamus
Northern District of California
Judge Maxine M. Chesney

Lower Court/Agency #:  10-CV-2475
Case Type:  Miscellaneous

Petition for Writ of Mandamus Received:  03/21/2011
Petition for Writ of Mandamus Filed:  03/21/2011
Docketed and Notice Sent to Parties:  03/21/2011
Certified List Filed:   / /

Fee Paid:  03/21/2011
Fee Amount:  450.00      Receipt No:  054079

| **Date** | **Event Summary** |
|---|---|
| | Nothing Due |
| | Appellant Principal Brief Filing Date |
| | Appellee or Cross Appellant Principal Brief Filing Date |
| | Appellant Reply Brief Filing Date |
| | Appellee or Cross Appellant Reply Brief Filing Date |
| | Appendix Filing Date |
| | Oral Argument Date/Calendared |
| 09/22/2011 | Disposition:  Granted; Panel |
| | Mandate |

# United States Court of Appeals for the Federal Circuit

## 2011-M978:  IN RE SHARED MEMORY GRAPHICS

## List of Parties/Representation

**Party Type/Name**            **Represented by**

**Petitioner**

Shared Memory Graphics LLC     Arthur Gollwitzer, III
    F&B LLP
    5113 Southwest Parkway
    Suite 140
    Austin, TX  78735
    Phone #: (512)681-1504
    Fax #: (512)681-1590
    Email: agollwitzer@fblawllp.com
    Bar admit: 04/05/2000
    EOA Filed: 03/21/2011
    Principal Attorney

  Chad Ennis
    F&B LLP
    Email: cennis@fblawllp.com
    Bar admit: 04/02/2009
    EOA Filed: 03/21/2011

  Adam V. Floyd
    F&B LLP
    Email: afloyd@fblawllp.com
    Bar admit: 08/04/2000
    EOA Filed: 03/21/2011

# United States Court of Appeals for the Federal Circuit

## 2011-M978:  IN RE SHARED MEMORY GRAPHICS

| **Party Type/Name** | **Represented by** |
|---|---|

**Respondent**

| | |
|---|---|
| Apple Inc.<br>Samsung Austin Semiconductor, LLC<br>Samsung Electronics America, Inc.<br>Samsung Electronics Co.<br>Samsung Semiconductor, Inc.<br>Samsung Telecommunications<br>   America, LLC | Darin J. Glasser<br>  O'Melveny & Myers LLP<br>  400 South Hope Street<br>  15th Floor<br>  Los Angeles, CA  90071-2899<br>  Phone #: (949)760-9600<br>  Fax #: (949)823-6994<br>  Bar admit:  / /<br>  EOA Filed:  / /<br>  Principal Attorney |
| Nintendo Co., Ltd.<br>Nintendo of America, Inc. | Grant E. Kinsel<br>  Perkins Coie, LLP<br>  1888 Century Park East<br>  Suite 1700<br>  Los Angeles, CA  90067<br>  Phone #: (310)788-3215<br>  Fax #: (310)788-3399<br>  Email: gkinsel@perkinscoie.com<br>  Bar admit: 07/11/2008<br>  EOA Filed:  / /<br>  Principal Attorney |
| Sony Computer Entertainment<br>   America, Inc.<br>Sony Computer Entertainment Inc.<br>Sony Corporation<br>Sony Corporation of America<br>Sony Semiconductor Kyushu<br>   Corporation, Ltd. | Lewis V. Popovski<br>  Kenyon & Kenyon LLP<br>  One Broadway<br>  New York, NY  10004<br>  Phone #: (212)425-7200<br>  Fax #: (212)425-5288<br>  Email: lpopovski@kenyon.com<br>  Bar admit: 08/20/1996<br>  EOA Filed: 04/04/2011<br>  Principal Attorney |

# United States Court of Appeals for the Federal Circuit

## 2011-M978: IN RE SHARED MEMORY GRAPHICS

## Docket Entries

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 03/21/2011 | F | 1 | Case docketed on 03/21/2011. EOD(03/21/2011 by CLT) 2011-M978 |
| 03/21/2011 | O | 2 | Official Caption.  Court Service - 03/21/11.  Filed: 03/21/11. REV(03/21/11 by CLT)  2011-M978 |
| 03/21/2011 | M | 3 | Petitioner [Shared Memory Graphics LLC] - Petition for Writ of Mandamus. (nonconfidential and confidential versions)  Mail Service - 03/19/11. Filed: 03/21/11. Reply 1 (14) Filed: 04/25/11 Reply 2 (16) Filed: 05/02/11 Action on Motion (17): Granted by Motions Panel. Judge: Dyk Filed: 09/22/11. EOD(03/21/11 by CLT)  REV(09/22/11 by CS)  2011-M978 |
| 03/21/2011 | O | 4 | Entry of appearance for Arthur Gollwitzer, III as principal attorney on behalf of the petitioner, Shared Memory Graphic LLC.  Mail Service - 03/19/11.  Filed: 03/21/11. REV(03/22/11 by SCN)  2011-M978 |
| 03/21/2011 | O | 5 | Entry of appearance for Adam V. Floyd as of counsel on behalf of the petitioner, Shared Memory Graphics LLC.  Mail Service - 03/19/11.  Filed: 03/21/11. REV(03/22/11 by SCN)  2011-M978 |
| 03/21/2011 | O | 6 | Entry of appearance for Chad Ennis as of counsel on behalf of the petitioner, Shared Memory Graphics LLC.  Mail Service - 03/19/11.  Filed: 03/21/11. REV(03/22/11 by SCN)  2011-M978 |
| 03/23/2011 | O | 7 | Ordered: The respondents are directed to respond  to Shared Memory Graphics LLC's petition for a writ of mandamus no later than April 11, 2011. By:Clerk.  Court Service - 03/23/11.  Filed: 03/23/11. REV(03/23/11 by LS)  2011-M978 |
| 03/30/2011 | O | 8 | Certificate of Interest for appellant, Shared Memory Graphics LLC.  Mail Service - 03/29/11.  Filed: 03/30/11. REV(03/30/11 by SCN)  2011-M978 |

# United States Court of Appeals for the Federal Circuit

## 2011-M978:  IN RE SHARED MEMORY GRAPHICS

| Date | Type | Entry# | Entry Text |
|---|---|---|---|
| 04/01/2011 | M | 9 | Respondent [Nintendo of America, Inc. and Nintendo Co. Ltd.] - Motion for a procedural order extending the time to file responsive brief by forty-five days. [NPF]  Mail Service - 03/30/11. Filed: 04/01/11. Reply 1 (12) Filed: 04/04/11 Action on Motion (13): Motion granted in part. Nintendo's response is due no later than April 25, 2011. No further extensions. by Clerk. Filed: 04/05/11. EOD(04/01/11 by CLT)  REV(05/02/11 by CLT)  2011-M978 |
| 04/04/2011 | O | 10 | Entry of Appearance for Lewis V. Popovski as principal attorney on behalf of the respondent, Sony Corporation, et al. Mail Service - 04/01/11.  Filed: 04/04/11. REV(04/19/11 by SC)  2011-M978 |
| 04/04/2011 | O | 11 | Certificate of Interest for appellees, Sony Corporation, et al. Mail Service - 04/01/11.  Filed: 04/04/11. REV(04/07/11 by SCN)  2011-M978 |
| 04/25/2011 | O | 15 | Note to file: Conf. & non-conf. versions of Nintendo of America Inc. and Nintendo Co., Ltd.'s response to writ received. No Service Required.  Entered: 04/25/11. REV(05/04/11 by SC) 2011-M978 |
| 09/22/2011 | D | 18 | Disposition: Granted by Panel. Filed: 09/22/11. EOD (09/22/11 by CS) 2011-M978 |
| 09/22/2011 | O | 19 | Precedential Order.  Petition for writ of mandamus is granted. By Motions Panel Judge: Dyk.  Dissenting opinion: Judge Newman.  Court Service - 09/22/11.  Filed: 09/22/11. REV(09/22/11 by CS)  2011-M978 |